# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                          CASE NO. 4:17-CR-00083 BSM

BRANDON SMITH                                                        DEFENDANT

## ORDER

The government's motion to dismiss [Doc. No. 9] is granted. Its motion for warrant and to revoke [Doc. No. 3] is dismissed without prejudice, and the hearing set for November 20, 2017, is cancelled.

IT IS SO ORDERED this 16th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE